Case: **2:24–cv–02101**
Assigned To : **Lipman, Sheryl H.**
Referral Judge: **Pham, Tu M.**
Assign. Date : **2/15/2024**
Description: **United States of America v. State of Tennessee et al**

1