# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA; | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:24-cv-02101 |
| THE STATE OF TENNESSEE and the TENNESSEE BUREAU OF INVESTIGATION; | ) Chief Judge Lipman |
| | ) Magistrate Judge Pham |
| Defendants. | ) |

## NOTICE OF APPEARANCE

The undersigned counsel hereby gives notice of his appearance as counsel on behalf of Defendants the State of Tennessee and the Tennessee Bureau of Investigation, and requests that court notices and service of all motions and other papers be directed to the undersigned counsel.

Respectfully submitted,

JONATHAN SKRMETTI
Attorney General and Reporter

*/s/ John R. Glover*
JOHN R. GLOVER (BPR# 037772)
Assistant Attorney General
Law Enforcement &
Special Prosecutions Division
Office of the Tennessee
Attorney General & Reporter
PO Box 20207
Nashville, TN  37202
Off. (615) 532-2552
Fax (615) 532-4892
John.Glover@ag.tn.gov

1

## CERTIFICATE OF SERVICE

  I hereby certify that a true and exact copy of the foregoing was filed and served via the Court's electronic filing system on this the 29th day of February 2024, upon:

Kristen Clarke
Assistant Attorney General
Civil Rights Division

Stephanie M. Berger
Trial Attorney
Disability Rights Division

U.S. Department of Justice
150 M Street NE
Washington, D.C. 20002

                   s/ *John R. Glover*
                   JOHN R. GLOVER