**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>    **Plaintiff,**<br><br>    **v.**<br><br>**THE STATE OF TENNESSEE AND THE TENNESSEE BUREAU OF INVESTIGATION,**<br><br>    **Defendants.** | **Case No. 2:24-cv-02101**<br><br>**Chief Judge Lipman**<br><br>**Chief Magistrate Judge Pham** |

## NOTICE OF APPEARANCE

Please take notice that Ali Szemanski hereby enters her appearance on behalf of

Plaintiff United States of America.

Dated: February 29, 2024

Respectfully submitted,

*/s/ Ali Szemanski*
ALI SZEMANSKI
Trial Attorney
PA Bar #327769

Disability Rights Section
Civil Rights Division
U.S. Department of Justice
150 M Street NE
Washington, D.C. 20002
Telephone: (202) 307-0663
Ali.Szemanski@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on February 29, 2024, the foregoing was electronically filed with the

Clerk of Court and served via the Court's CM/ECF system upon:

John R. Glover
Assistant Attorney General
Law Enforcement & Special Prosecutions Division
Office of the Tennessee Attorney General & Reporter
PO Box 20207
Nashville, TN 37202

Respectfully submitted,

*/s/ Ali Szemanski*
ALI SZEMANSKI
Trial Attorney
PA Bar #327769

Disability Rights Section
Civil Rights Division
U.S. Department of Justice
150 M Street NE
Washington, D.C. 20002
Telephone: (202) 307-0663
Ali.Szemanski@usdoj.gov