# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | )  No. 2:24-cv-2101-SHL-tmp |
| THE STATE OF TENNESSEE | ) |
| and the TENNESSEE BUREAU OF | ) |
| INVESTIGATION, | ) |
| Defendants. | ) |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Before the Court is Defendants' Unopposed Motion for Extension of Time to Respond to Complaint, filed February 29, 2024. (ECF No. 8.) Although executed summonses have not been filed on the docket, Defendants assert their current deadline to respond is March 13, 2024. (Id.) Defendants request an additional twenty-eight days to respond, resulting in a new deadline of April 10, 2024. (Id.)

In support of their motion, Defendants assert that an extension is warranted given the breadth and scope of Plaintiff's allegations. (Id.) Given Plaintiff's lack of opposition, the Court finds good cause and **GRANTS** the Motion. The new deadline for Defendants to respond to Plaintiff's complaint is **April 10, 2024.**

**IT IS SO ORDERED,** this 29th day of February, 2024.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE