**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 2:-24-cv-2101 SHL/tmp |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| State of Tennessee et al. | Civil |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
State of Tennessee c/o Attorney General Jonathan Srkmetti, Office of the Attorney General
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
500 Charlotte Ave, Nashville, TN 37202

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Ali Szemanski, Disability Rights Section/Civil Rights Division ali.szemanski@usdoj.gov
150 M St NE, Office 9.110
Washington, DC 20530

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 2
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):
Estimated Times Available: 9AM-5 PM, Monday through Friday

Signature of Attorney other Originator requesting service on behalf of:
ALI SZEMANSKI (Digitally signed by ALI SZEMANSKI Date: 2024.02.20 16:06:47 -05'00')
[X] PLAINTIFF
[ ] DEFENDANT
TELEPHONE NUMBER: 202-568-3884
DATE: 2/20/2024

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process:
District of Origin No.:
District to Serve No.:
Signature of Authorized USMS Deputy or Clerk:
Date:

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
Rachel Kemp
Date: 2/21/24
Time: 2:00 [X] pm

Address (complete only different than shown above):
TN Attorney General
500 Charlotte Ave.
Nashville, TN 37219

Signature of U.S. Marshal or Deputy:
Phillett 3022

Costs shown on attached USMS Cost Sheet >>

REMARKS

Form USM-285
Rev. 03/21

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| | |
|---|---|
| United States of America<br><br>*Plaintiff(s)*<br>v.<br>The State of Tennessee and the Tennessee Bureau of Investigation<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 2:24-cv-2101 SHL/tmp<br>)<br>)<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  The State of Tennessee
c/o Attorney General Jonathan Skrmetti
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, TN 37202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Stephanie M. Berger, Ali N. Szemanski
Disability Rights Section, Civil Rights Division, U.S. Department of Justice
150 M Street NE
Washington, D.C. 20002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: __2/15/2024__                                            __s/ Judy Easley__
                                                               *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-2101

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* State of Tennessee c/o Attorney General Jonathan Skrmetti
was received by me on *(date)* 2/21/24 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Rachel Kemp , who is
designated by law to accept service of process on behalf of *(name of organization)* TN Attorney General
on *(date)* 2/21/24 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 0 for travel and $ 65.00 for services, for a total of $ 65.00 .

I declare under penalty of perjury that this information is true.

Date: 2/22/24

*Server's signature*

Phil Whittington   DUSM
*Printed name and title*

719 Church St, Nashville, TN 37203
*Server's address*

Additional information regarding attempted service, etc: