# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# AT MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA; | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:24-cv-02101 |
| | ) | |
| THE STATE OF TENNESSEE and the | ) | Chief Judge Lipman |
| TENNESSEE BUREAU OF | ) | |
| INVESTIGATION; | ) | Magistrate Judge Pham |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF APPEARANCE

The undersigned counsel hereby gives notice of his appearance as counsel on behalf of Defendants State of Tennessee and Tennessee Bureau of Investigation, and requests that court notices and service of all motions and other papers be directed to the undersigned counsel.

    Respectfully submitted,

    JONATHAN SKRMETTI
    Attorney General and Reporter

    /s/ *Cody N. Brandon*
    CODY N. BRANDON (BPR# 037504)
    Managing Attorney
    Assistant Attorney General
    Law Enforcement and
    Special Prosecutions Division
    Office of the Attorney General
    P.O. Box 20207
    Nashville, Tennessee 37202-0207
    Phone: (615) 532-7400
    Fax: (615) 532-4892
    Cody.Brandon@ag.tn.gov

## CERTIFICATE OF SERVICE

  I hereby certify that a true and exact copy of the foregoing was filed and served via the Court's electronic filing system on this the 25th day of March, 2024, upon:

Kristen Clarke
Assistant Attorney General
Civil Rights Division

Stephanie M. Berger
Trial Attorney
Disability Rights Division

U.S. Department of Justice
150 M Street NE
Washington, D.C. 20002

                s/ *Cody N. Brandon*
                CODY N. BRANDON