**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA; | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:24-cv-02101 |
| | ) | |
| THE STATE OF TENNESSEE and the | ) | Chief Judge Lipman |
| TENNESSEE BUREAU OF | ) | |
| INVESTIGATION; | ) | Magistrate Judge Pham |
| | ) | |
| Defendants. | ) | |
| | ) | |

---

**UNOPPOSED MOTION TO CONSOLIDATE**

---

Defendants the State of Tennessee and the Tennessee Bureau of Investigation hereby move pursuant to Federal Rule of Civil Procedure 42 to consolidate this case with *OUTMemphis et al, v. Bill Lee*, et al, Case No. 2:23-cv-2670-SHL-CGC, so that the two cases, which involve common questions of law and fact, may proceed jointly; so that piecemeal litigation may be avoided; and so that consistent justice may be achieved.

In further support of this Motion, counsel for Defendants represents that counsel for the United States has been consulted, who does not oppose consolidation. For these reasons, and those set forth in the accompanying memorandum of law, Defendants request that this case be consolidated with No. 2:23-cv-2670.

Respectfully submitted,

JONATHAN SKRMETTI
Attorney General and Reporter

1

*/s/ Cody N. Brandon*
CODY N. BRANDON (BPR# 037504)
Managing Attorney

JOHN R. GLOVER (BPR# 037772)
Assistant Attorney General

Law Enforcement &
Special Prosecutions Division
Office of the Tennessee
Attorney General & Reporter
PO Box 20207
Nashville, TN  37202
Off. (615) 532-7400
Fax (615) 532-4892
Cody.Brandon@ag.tn.gov
John.Glover@ag.tn.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing was filed and served via the Court's electronic filing system on this the 25th day of March 2024, upon:

Kristen Clarke
Assistant Attorney General
Civil Rights Division

Stephanie M. Berger
Trial Attorney
Disability Rights Division

U.S. Department of Justice
150 M Street NE
Washington, D.C. 20002

*/s/ Cody N. Brandon*
CODY N. BRANDON