IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
AT MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA; | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:24-cv-02101 |
| | ) | |
| THE STATE OF TENNESSEE and the | ) | Chief Judge Lipman |
| TENNESSEE BUREAU OF | ) | |
| INVESTIGATION; | ) | Magistrate Judge Pham |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF APPEARANCE

The undersigned counsel hereby gives notice of his appearance as counsel on behalf of Defendants State of Tennessee and Tennessee Bureau of Investigation, and requests that court notices and service of all motions and other papers be directed to the undersigned counsel.

Respectfully submitted,

**JONATHAN SKRMETTI**
**Attorney General and Reporter**

s/ David M. Rudolph
David M. Rudolph, BPR #13402
Senior Assistant Attorney General
Office of the Tennessee Attorney General
40 South Main Street, Suite 1014
Memphis, Tennessee 38103
Phone: 901-543-4162
Fax:  901-543-9025
david.rudolph@ag.tn.gov
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that a true and exact copy of the foregoing was filed and served via the Court's electronic filing system on this the 25th day of March, 2024, upon:

Kristen Clarke
Assistant Attorney General
Civil Rights Division

Stephanie M. Berger
Trial Attorney
Disability Rights Division

U.S. Department of Justice
150 M Street NE
Washington, D.C. 20002

                                                         s/ *David M. Rudolph*
                                                         David M. Rudolph