# EXHIBIT 1



# State of Tennessee

## PUBLIC CHAPTER NO. 545

### SENATE BILL NO. 181

By Walley, Jackson, Massey, Yarbro, Akbari, Bowling, Campbell, Lamar

Substituted for: House Bill No. 1384

By Ragan, Howell, Towns, Moody, Hardaway, Gillespie, Gloria Johnson, Littleton, Carringer, Davis, Clemmons, Eldridge, Powell, Freeman, Behn, Cepicky, Cochran, Helton-Haynes

AN ACT to amend Tennessee Code Annotated, Title 39 and Title 40, relative to aggravated prostitution.

BE IT ENACTED BY THE GENERAL ASSEMBLY OF THE STATE OF TENNESSEE:

SECTION 1. Tennessee Code Annotated, Section 40-32-105(b)(6)(C), is amended by deleting the subdivision and substituting instead the following:

(C) Are:

(i) Individually eligible for expunction under § 40-32-101(g); or

(ii) For the offense of aggravated prostitution, under § 39-13-516; and

SECTION 2. Tennessee Code Annotated, Section 40-39-202(20)(A)(iii), is amended by deleting the subdivision in its entirety.

SECTION 3. Tennessee Code Annotated, Section 40-39-202(31)(X), is amended by deleting the subdivision in its entirety.

SECTION 4. Tennessee Code Annotated, Section 40-39-218, is amended by deleting the section in its entirety.

SECTION 5. Tennessee Code Annotated, Section 40-39-207(a)(4), is amended by deleting the subdivision and substituting:

(4) Notwithstanding subdivision (a)(1), an offender who is required to register pursuant to this part because the offender was convicted of the offense of aggravated prostitution under § 39-13-516 and the offense was committed prior to July 1, 2024, may file a request for termination of registration requirements with TBI headquarters in Nashville.

SECTION 6. This act takes effect July 1, 2024, the public welfare requiring it.

## SENATE BILL NO. __181__

**PASSED:** February 22, 2024

_[signature]_
**RANDY McNALLY**
*SPEAKER OF THE SENATE*

_[signature]_
**CAMERON SEXTON,** *SPEAKER*
*HOUSE OF REPRESENTATIVES*

APPROVED this __11th__ day of __March__ 2024

_[signature]_
**BILL LEE,** *GOVERNOR*