IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| OUTMEMPHIS; MICHELLE ANDERSON; JANE DOE 2; JANE DOE 3; and JANE DOE 4, <br><br> Plaintiffs, <br><br> v. <br><br> BILL LEE, in his official capacity as Governor of Tennessee; JONATHAN SKRMETTI, in his official capacity as Attorney General and Reporter of Tennessee; DAVID RAUSCH, in his official capacity as Director of the Tennessee Bereau of Investigation; and FRANK STRADA, in his offical capacity as Commissioner of the Tennessee Department of Correction, <br><br> Defendants. <br> ------------------------------------------------------ <br> UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> STATE OF TENNESSEE, and TENNESSEE BUREAU OF INVESTIGATION, <br><br> Defendants. | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> Case Nos.   2:23-cv-2670 <br>                   2:24-cv-02101 <br><br> Chief Judge Lipman |

### STATE ENTITIES' UNOPPOSED MOTION FOR PAGE ENLARGEMENT

Defendants the State of Tennessee and the Tennessee Bureau of Investigation ("State Entities") move pursuant to Local Rules 12.1(a) and (e) for an enlargement of the page limits applicable to briefing on the State Entities' motion to dismiss the United States's Complaint.

1

Specifically, the State Entities request an enlargement of five pages, for a total of 25 pages, for their Memorandum of Law in Support of the State Entities' Motion to Dismiss.

The State Entities respectfully submit that said enlargement is necessary to fully address the allegations raised by the United States' Complaint. This suit by the United States against the State of Tennessee raises important issues of statutory interpretation and jurisdiction that have significant federalism implications. Allowing the State Entities the opportunity to fully brief the issues at this stage may result in more efficient processing of the litigation. The undersigned has conferred with counsel for the United States, who do not oppose the five-page enlargement.

Respectfully submitted,

JONATHAN SKRMETTI
ATTORNEY GENERAL & REPORTER

*/s/ Cody N. Brandon*
CODY N. BRANDON (BPR# 037504)
Managing Attorney
Assistant Attorney General

JOHN R. GLOVER (BPR #037772)
Assistant Attorney General

DAVID RUDOLPH (BPR# 13402)
Senior Assistant Attorney General

Office of the Tennessee
Attorney General and Reporter
P.O. Box 20207
Nashville, Tennessee 37202
Ph. (615) 532-7400
Fax (615) 532-4892
Cody.Brandon@ag.tn.gov
John.Glover@ag.tn.gov
David.Rudolph@ag.tn.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on April 10, 2024, a true and exact copy of the foregoing was served via the court's electronic filing system upon counsel as follows:

Stella Yarbrough (BPR No. 033637)
Jeff Preptit (BPR No. 038451)
Lucas Cameron-Vaughn (BPR No. 036284)
ACLU FOUNDATION OF TENNESSEE
P.O. Box 120160
Nashville, TN 37212
Phone: (615) 320-7142
SYarbrough@aclu-tn.rog
JPreptit@aclu-tn.org
Lucas@aclu-tn.org

Alex Agathocleous (NY Bar 4227062)
Alexis Alvarez (NY Bar 5854278)
Jon W. Davidson (CA Bar 89301)
Rachel Meeropol (NY Bar 4100954)
AMERICAN CIVIL LIBERTIES UNION
125 Broad St., New York, NY 10004
Phone: (929) 585-0061
AAgathocleous@aclu.org
AlexisA@aclus.org
JonDavidson@aclu.org
RMeeropol@aclu.org

Lynly S. Egyes (NY Bar 4838025)
Milo Inglehart (NY Bar 5817937)
TRANSGENDER LAW CENTER
594 Dean Street, Suite 11
Brooklyn, NY 11238
Phone: 510 587-9898 Ext. 353
Lynly@transgenderlawcenter.org
Milo@transgenderlawcenter.org

Dale Melchert (NY Bar 5366554)
TRANSGENDER LAW CENTER
P.O. Box 70976
Oakland, CA 94612
Phone: (510) 587-9696 Ext. 354
Dale@transgenderlawcenter.org
*Counsel for the private plaintiffs*

3

Stephanie Berger
Ali Szemanski
U.S. Department of Justice
150 M Street NE
Washington, DC 20002
*Counsel for the United States*

                                        */s/ Cody N. Brandon*
                                        CODY N. BRANDON