IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **OUTMEMPHIS; MICHELLE ANDERSON; JANE DOE 2; JANE DOE 3; and JANE DOE 4,** <br><br> **Plaintiffs,** <br> v. <br><br> **BILL LEE, in his official capacity as Governor of Tennessee; JONATHAN SKRMETTI, in his official capacity as Attorney General and Reporter of Tennessee; DAVID RAUSCH, in his official capacity as Director of the Tennessee Bereau of Investigation; and FRANK STRADA, in his offical capacity as Commissioner of the Tennessee Department of Correction,** <br><br> **Defendants.** <br>------------------------------------------------ <br> **UNITED STATES OF AMERICA,** <br><br> **Plaintiff,** <br> v. <br><br> **STATE OF TENNESSEE, and TENNESSEE BUREAU OF INVESTIGATION,** <br><br> **Defendants.** | **Case Nos.   2:23-cv-2670** <br>                **2:24-cv-02101** <br><br> **Chief Judge Lipman** |

## STATE ENTITIES' MOTION TO DISMISS

Defendants the State of Tennessee and the Tennessee Bureau of Investigation ("State Entities") hereby move to dismiss the federal government's complaint in its entirety pursuant to Fed. R. Civ. P. 12(b)(1) and (6).

1

As set out in the accompanying memorandum, the Complaint should be dismissed for four reasons. First, Congress did not authorize the U.S. Attorney General to sue States under Title II of the ADA. Second, the allegations in the federal government's complaint would not state a claim under Title II even if the U.S. Attorney General were authorized to sue. Third, the federal government has also failed to sue a defendant with power to enforce the challenged statutes. Fourth, and finally, the Complaint seeks sweeping injunctive relief that is beyond the jurisdiction of this Court to grant.

Accordingly, the Complaint against the State Entities should be dismissed entirely.

Respectfully submitted,

JONATHAN SKRMETTI
Attorney General and Reporter

*/s/ John R. Glover*
JOHN R. GLOVER (BPR # 037772)
Assistant Attorney General

CODY N. BRANDON (BPR# 037504)
Managing Attorney
Senior Assistant Attorney General

DAVID RUDOLPH (BPR# 13402)
Senior Assistant Attorney General

Office of the Tennessee
Attorney General & Reporter
PO Box 20207
Nashville, TN  37202
Off. (615) 532-2552
Fax (615) 532-4892
John.Glover@ag.tn.gov
Cody.Brandon@ag.tn.gov
David.Rudolph@ag.tn.gov

2

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and exact copy of the foregoing was filed and served via the Court's electronic filing system on this the 10th day of April 2024, upon:

Stella Yarbrough (BPR No. 033637)
Jeff Preptit (BPR No. 038451)
Lucas Cameron-Vaughn (BPR No. 036284)
ACLU FOUNDATION OF TENNESSEE
P.O. Box 120160
Nashville, TN 37212
Phone: (615) 320-7142
SYarbrough@aclu-tn.rog
JPreptit@aclu-tn.org
Lucas@aclu-tn.org

Alex Agathocleous (NY Bar 4227062)
Alexis Alvarez (NY Bar 5854278)
Jon W. Davidson (CA Bar 89301)
Rachel Meeropol (NY Bar 4100954)
AMERICAN CIVIL LIBERTIES UNION
125 Broad St., New York, NY 10004
Phone: (929) 585-0061
AAgathocleous@aclu.org
AlexisA@aclus.org
JonDavidson@aclu.org
RMeeropol@aclu.org

Lynly S. Egyes (NY Bar 4838025)
Milo Inglehart (NY Bar 5817937)
TRANSGENDER LAW CENTER
594 Dean Street, Suite 11
Brooklyn, NY 11238
Phone: 510 587-9898 Ext. 353
Lynly@transgenderlawcenter.org
Milo@transgenderlawcenter.org

Dale Melchert (NY Bar 5366554)
TRANSGENDER LAW CENTER
P.O. Box 70976
Oakland, CA 94612
Phone: (510) 587-9696 Ext. 354
Dale@transgenderlawcenter.org
*Counsel for Plaintiffs*

Stephanie Berger

3

Ali Szemanski
U.S. Department of Justice
150 M Street NE
Washington, DC 20002
*Counsel for the United States*

                                                  s/ *John R. Glover*
                                                  JOHN R. GLOVER