# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) No. 2:24-cv-2101-SHL-tmp |
| THE STATE OF TENNESSEE | ) |
| and THE TENNESSEE BUREAU OF | ) |
| INVESTIGATION, | ) |
| Defendants. | ) |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION
## FOR LEAVE TO FILE EXCESS PAGES

Before the Court is Defendants' Unopposed Motion for Page Enlargement, filed on April 10, 2024. (ECF No. 27.) Local Rule 7.2(e) provides that "[u]nless otherwise ordered by the Court, memoranda in support and in opposition to motions shall not exceed 20 pages in length[.]" Defendants seek leave to file a twenty-five-page memorandum in support of their motion to dismiss. (Id. at PageID 134.) In support, Defendants assert that these extra pages are necessary to fully address the allegations raised in the United States' Complaint.

For good cause shown, the Court **GRANTS** the Motion. However, Defendants are cautioned that the length of an argument is no guarantee of its success, and indeed could result in more confusion, not clarity.

**IT IS SO ORDERED,** this 11th day of April, 2024.

                                              s/ Sheryl H. Lipman
                                              SHERYL H. LIPMAN
                                              CHIEF UNITED STATES DISTRICT JUDGE