IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| OUTMEMPHIS; MICHELLE ANDERSON; JANE DOE 2; JANE DOE 3; and JANE DOE 4, <br><br> Plaintiffs, <br><br> v. <br><br> BILL LEE, in his official capacity as Governor of Tennessee; JONATHAN SKRMETTI, in his official capacity as Attorney General and Reporter of Tennessee; DAVID RAUSCH, in his official capacity as Director of the Tennessee Bureau of Investigation; and FRANK STRADA, in his official capacity as Commissioner of the Tennessee Department of Correction, <br><br> Defendants. <br> ----------------------------------------------------- <br> UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> STATE OF TENNESSEE, and TENNESSEE BUREAU OF INVESTIGATION, <br><br> Defendants. | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Case Nos.   2:23-cv-2670 <br>                      2:24-cv-02101 <br><br>Chief Judge Lipman |

**PLAINTIFF UNITED STATES' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE MOTION TO DISMISS AND FOR LEAVE TO FILE EXCESS PAGES**

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 12.1(b), the United States moves for a 14-day extension of time in which to respond to Defendants State of Tennessee and Tennessee Bureau of Investigation's Motion to Dismiss the United States' Complaint (ECF No. 28).

1

The current deadline to respond is May 8, 2024.  The United States requests up to and including May 22, 2024, to respond to Defendants' motion.  The United States also moves pursuant to Local Rules 12.1(b) and 7.2(e) for a five-page enlargement of the page limits applicable to briefing on the Response to Defendants' motion.

An extension of time to respond and an enlargement of pages to a total of 25 pages will permit the United States to fully address the arguments Defendants raise in their memorandum in support of their motion.  Defendants' memorandum raises issues of statutory interpretation and jurisdiction that have significant implications for the United States' ability to enforce Title II of the Americans with Disabilities Act.  Allowing the United States the opportunity to fully brief the issues at this stage will result in more efficient processing of the litigation.

The undersigned has conferred with counsel for Defendants, who do not oppose the 14-day extension up to and including May 22, 2024, or the five-page enlargement to 25 pages.

    Respectfully submitted,

    REBECCA B. BOND
    Section Chief

    /s/ Stephanie Berger
    KEVIN J. KIJEWSKI
    Deputy Chief
    STEPHANIE M. BERGER
    Trial Attorney
    NY Bar #5201439
    ALI N. SZEMANSKI
    Trial Attorney
    PA Bar #327769

    Disability Rights Section Civil Rights Division
    U.S. Department of Justice
    150 M Street NE
    Washington, D.C. 20002
    202-307-0663
    Stephanie.Berger@usdoj.gov
    Ali.Szemanski@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2024, a true and exact copy of the foregoing was served via the court's electronic filing system upon counsel as follows:

Cody N. Brandon
John R. Glover
David M. Rudolph

Law Enforcement & Special Prosecutions Division
Office of the Tennessee Attorney General & Reporter
500 Charlotte Avenue Nashville, TN 37202
Off. (615) 532-2552
Fax (615) 532-4892
Cody.Brandon@ag.tn.gov
John.Glover@ag.tn.gov
David.Rudolph@ag.tn.gov

*Counsel for the State of Tennessee and the Tennessee Bureau of Investigation*


Stella Yarbrough (BPR No. 033637)
Jeff Preptit (BPR No. 038451)
Lucas Cameron-Vaughn (BPR No. 036284)
ACLU FOUNDATION OF TENNESSEE
P.O. Box 120160
Nashville, TN 37212
Phone: (615) 320-7142
SYarbrough@aclu-tn.rog
JPreptit@aclu-tn.org
Lucas@aclu-tn.org

Alex Agathocleous (NY Bar 4227062)
Alexis Alvarez (NY Bar 5854278)
Jon W. Davidson (CA Bar 89301)
Rachel Meeropol (NY Bar 4100954)
AMERICAN CIVIL LIBERTIES UNION
125 Broad St., New York, NY 10004
Phone: (929) 585-0061
AAgathocleous@aclu.org
AlexisA@aclus.org
JonDavidson@aclu.org
RMeeropol@aclu.org

Lynly S. Egyes (NY Bar 4838025) Milo
Inglehart (NY Bar 5817937)

3

TRANSGENDER LAW CENTER
594 Dean Street, Suite 11
Brooklyn, NY 11238
Phone: 510 587-9898 Ext. 353
Lynly@transgenderlawcenter.org
Milo@transgenderlawcenter.org

Dale Melchert (NY Bar 5366554)
TRANSGENDER LAW CENTER
P.O. Box 70976
Oakland, CA 94612
Phone: (510) 587-9696 Ext. 354
Dale@transgenderlawcenter.org

*Counsel for Private Plaintiffs*

        */s/ Stephanie Berger*
        STEPHANIE BERGER