# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) No. 2:24-cv-2101-SHL-tmp |
| THE STATE OF TENNESSEE | ) |
| and THE TENNESSEE BUREAU OF | ) |
| INVESTIGATION, | ) |
| Defendants. | ) |

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION
### FOR EXTENSION OF TIME AND FOR LEAVE TO FILE EXCESS PAGES

Before the Court is the United States' Unopposed Motion for Extension of Time to Respond to the Motion to Dismiss and for Leave to File Excess Pages, filed on April 18, 2024. (ECF No. 31.) The United States seeks a fourteen-day extension of their May 8, 2024 deadline, and ask for an additional five pages to respond to Defendants' Motion to Dismiss. (Id. at PageID 186–87.) In support, the United States asserts that the extension and excess pages are necessary to fully address the arguments raised in Defendants' Motion to Dismiss. (Id.)

Considering that the Court granted Defendants' request for additional pages in briefing the Motion to Dismiss, the Court also finds good cause to **GRANT** this motion. However, Plaintiff is cautioned that the length of an argument is no guarantee of its success, and indeed could result in more confusion, not clarity. Plaintiff's response is now due **May 22, 2024**.

**IT IS SO ORDERED,** this 19th day of April, 2024.

                                                                                s/ Sheryl H. Lipman  
                                                                                SHERYL H. LIPMAN  
                                                                                CHIEF UNITED STATES DISTRICT JUDGE