IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>THE STATE OF TENNESSEE AND THE TENNESSEE BUREAU OF INVESTIGATION,<br><br>    Defendants. | Case No. 2:24-cv-02101<br><br>Chief Judge Lipman<br><br>Chief Magistrate Judge Pham |

## NOTICE OF APPEARANCE

Please take notice that Anna G. Bobrow hereby enters her appearance on behalf of Plaintiff United States of America.

Dated: April 19, 2024

Respectfully submitted,

*/s/ Anna G. Bobrow*
Anna G. Bobrow
Trial Attorney
DC Bar # 1743249

Disability Rights Section
Civil Rights Division
U.S. Department of Justice
150 M Street NE
Washington, D.C. 20002
Telephone: (202) 307-0663
anna.bobrow@usdoj.gov

## CERTIFICATE OF SERVICE

  I hereby certify that on April 19, 2024, the foregoing was electronically filed with the Clerk of Court and served via the Court's CM/ECF system upon:

Cody N. Brandon
Managing Attorney
Assistant Attorney General

John R. Glover
Assistant Attorney General

David M. Rudolph
Senior Assistant Attorney General

Law Enforcement &
Special Prosecutions Division
Office of the Tennessee
Attorney General & Reporter
500 Charlotte Avenue
Nashville, TN 37202
Off. (615) 532-2552
Fax (615) 532-4892

Cody.Brandon@ag.tn.gov
John.Glover@ag.tn.gov
David.Rudolph@ag.tn.gov

                Respectfully submitted,

                */s/ Anna G. Bobrow*
                Anna G. Bobrow
                Trial Attorney
                DC Bar # 1743249

                Disability Rights Section
                Civil Rights Division
                U.S. Department of Justice
                150 M Street NE
                Washington, D.C. 20002
                Telephone: (202) 307-0663
                anna.bobrow@usdoj.gov