# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| OUTMEMPHIS, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>BILL LEE, et al.,<br><br>        Defendants.<br><br>UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>STATE OF TENNESSEE, et al.,<br><br>        Defendants. | Civil Action No. 2:23-CV-2670<br><br>Civil Action No. 2:24-CV-2101<br><br>Chief Judge Lipman |

## MOTION TO COMPEL DISCOVERY RESPONSES

Plaintiffs respectfully move to compel Defendants to respond to Plaintiffs' first Requests for Production, served on March 26, 2024. *See* ECF No. 71.

This motion is made upon Plaintiffs' Memorandum of Law in Support of the Motion to Compel and the Declaration of Alexis Alvarez.

Plaintiffs request argument only in the event the Court has any questions that are not addressed in Plaintiffs' filing.

## CERTIFICATE OF CONSULTATION

Pursuant to Local Rule 7.2, Counsel for Plaintiffs certify that the parties have consulted regarding this Motion and have been unable to reach accord. Specifically, Plaintiffs' counsel and Defendants' counsel have conferred over email multiple times between March 27, 2024 and May 3, 2024 but have not been able to reach agreement.

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing was filed and served via the Court's electronic filing system on this the 6th day of May 2024, upon:

CODY N. BRANDON (BPR# 037504)
Managing Attorney
Assistant Attorney General

JOHN R. GLOVER (BPR# 037772)
Assistant Attorney General

DAVID RUDOLPH (BPR# 13402)
Senior Assistant Attorney General

Law Enforcement &
Special Prosecutions Division
Office of the Tennessee
Attorney General & Reporter
PO Box 20207
Nashville, TN  37202
Off. (615) 532-2552
Fax (615) 532-4892
Cody.Brandon@ag.tn.gov
John.Glover@ag.tn.gov
David.Rudolph@ag.tn.gov

STEPHANIE BERGER
ALI SZEMANSKI
ANNA G. BOBROW
U.S. Department of Justice
150 M Street NE Washington, DC 20002
Stephanie.Berger@usdoj.gov

Ali.Szemanski@usdoj.gov
Anna.bobrow@usdoj.gov
Off. 202-307-0663
*Counsel for the United States*

Dated: May 6, 2024

Respectfully submitted,

*/s/ Alexis Alvarez*

Alexis Alvarez* (NY Bar 5854278)
Alexis Agathocleous* (NY Bar 4227062)
Jon Davidson* (CA Bar 89301)
Rachel Meeropol* (NY Bar 4100954)
AMERICAN CIVIL LIBERTIES UNION
125 Broad St., New York, NY 10004
Phone: (929) 585-0061
AAgathocleous@aclu.org
AlexisA@aclu.org
JonDavidson@aclu.org
RMeeropol@aclu.org

Jeff Preptit (BPR No. 038451)
Stella Yarbrough (BPR No. 033637)
Lucas Cameron-Vaughn (BPR No. 036284)
ACLU FOUNDATION OF TENNESSEE
P.O. Box 120160
Nashville, TN 37212
Phone: (615) 320-7142
SYarbrough@aclu-tn.org
JPreptit@aclu-tn.org
Lucas@aclu-tn.org

Lynly S. Egyes* (NY Bar 4838025)
Milo Inglehart* (NY Bar 5817937)
TRANSGENDER LAW CENTER
594 Dean Street, Suite 11
Brooklyn, NY 11238
Phone: (510) 587-9696 Ext. 353
Lynly@transgenderlawcenter.org
Milo@transgenderlawcenter.org

Dale Melchert* (NY Bar 5366554)
TRANSGENDER LAW CENTER

P.O. Box 70976  
Oakland, CA 94612  
Phone: (510) 587-9696 Ext. 354  
Dale@transgenderlawcenter.org

*Admitted Pro Hac Vice*