UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| OUTMEMPHIS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>BILL LEE, et al.,<br><br>    Defendants.<br><br>UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>STATE OF TENNESSEE, et al.,<br><br>    Defendants. | Civil Action No. 2:23-CV-2670<br><br>Civil Action No. 2:24-CV-2101<br><br>Chief Judge Lipman |

**NOTICE OF SERVICE OF PLAINTIFFS' FIRST SET OF
INTERROGATORIES AND REQUESTS FOR ADMISSION TO DEFENDANTS**

Notice is hereby given that Plaintiffs served Defendants with Plaintiffs' First Set of Interrogatories and Requests For Admission on May 9, 2024.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing was served via e-mail on this the 9th day of May 2024, upon:

1

CODY N. BRANDON (BPR# 037504)
Managing Attorney
Assistant Attorney General

JOHN R. GLOVER (BPR# 037772)
Assistant Attorney General

DAVID RUDOLPH (BPR# 13402)
Senior Assistant Attorney General

Law Enforcement &
Special Prosecutions Division
Office of the Tennessee
Attorney General & Reporter
PO Box 20207
Nashville, TN  37202
Off. (615) 532-2552
Fax (615) 532-4892
Cody.Brandon@ag.tn.gov
John.Glover@ag.tn.gov
David.Rudolph@ag.tn.gov

STEPHANIE BERGER
ALI SZEMANSKI
ANNA G. BOBROW
U.S. Department of Justice
150 M Street NE Washington, DC 20002
Stephanie.Berger@usdoj.gov
Ali.Szemanski@usdoj.gov
Anna.bobrow@usdoj.gov
Off. 202-307-0663
*Counsel for the United States*

Dated: May 9, 2024                                  Respectfully submitted,

                                                                       */s/ Alexis Alvarez*
Alexis Alvarez* (NY Bar 5854278)
Alexis Agathocleous* (NY Bar 4227062)
Jon Davidson* (CA Bar 89301)
Rachel Meeropol* (NY Bar 4100954)
AMERICAN CIVIL LIBERTIES UNION
125 Broad St., New York, NY 10004
Phone: (863) 255-1928
AlexisA@aclu.org
AAgathocleous@aclu.org

2

JonDavidson@aclu.org
RMeeropol@aclu.org

Jeff Preptit (BPR No. 038451)
Stella Yarbrough (BPR No. 033637)
Lucas Cameron-Vaughn (BPR No. 36284)
ACLU FOUNDATION OF TENNESSEE
P.O. Box 120160
Nashville, TN 37212
Phone: (615) 320-7142
SYarbrough@aclu-tn.org
JPreptit@aclu-tn.org
Lucas@aclu-tn.org

Lynly S. Egyes* (NY Bar 4838025)
Milo Inglehart* (NY Bar 5817937)
TRANSGENDER LAW CENTER
594 Dean Street, Suite 11
Brooklyn, NY 11238
Phone: (510) 587-9696 Ext. 353
Lynly@transgenderlawcenter.org
Milo@transgenderlawcenter.org

Dale Melchert* (NY Bar 5366554)
TRANSGENDER LAW CENTER
P.O. Box 70976
Oakland, CA 94612
Phone: (510) 587-9696 Ext. 354
Dale@transgenderlawcenter.org

*Admitted Pro Hac Vice