# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| OUTMEMPHIS, et al., <br>  Plaintiffs, <br> v. <br> BILL LEE, in his official capacity as Governor of Tennessee, et al., <br>  Defendants. | No. 2:23-cv-2670-SHL-cgc |
| UNITED STATES OF AMERICA, <br>  Plaintiff, <br> v. <br> THE STATE OF TENNESSEE, et al., <br>  Defendants. | No. 2:24-cv-2101-SHL-tmp |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Before the Court is the Motion to Withdraw, filed May 10, 2024, by John R. Glover, counsel for Defendants. (ECF No. 96.)[1] In support of his motion, Glover states that he is leaving the Office of the Tennessee Attorney General, but that Assistant Attorney General Cody Brandon and Senior Assistant Attorney General David Rudolph will remain on the case. (Id. at PageID 959–60.) For good cause shown, the motion is **GRANTED**. Glover shall be terminated as counsel for Defendants.

**IT IS SO ORDERED**, this 13th day of May, 2024.

s/ Sheryl H. Lipman<br>
SHERYL H. LIPMAN<br>
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] For simplicity, ECF citations are to the docket in case number 2:23-cv-2670-SHL-cgc.