IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| **OUTMEMPHIS; MICHELLE ANDERSON; JANE DOE 2; JANE DOE 3; and JANE DOE 4,** ) ) ) ) | | |
| **Plaintiffs,** ) | | |
| v. ) ) | | |
| **BILL LEE**, in his official capacity as Governor of Tennessee; **JONATHAN SKRMETTI**, in his official capacity as Attorney General and Reporter of Tennessee; **DAVID RAUSCH**, in his official capcity as Director of the Tennessee Bereau of Investigation; and **FRANK STRADA**, in his offical capacity as Commissioner of the Tennessee Department of Correction, ) ) ) ) ) ) ) ) ) ) ) ) | | |
| **Defendants.** ) | | |
| ------------------------------------------------- ) | **Case Nos.** | **2:23-CV-2670** |
| **UNITED STATES OF AMERICA,** ) ) | | **2:24-cv-02101** |
| **Plaintiff,** ) ) | **Chief Judge Lipman** | |
| v. ) ) | | |
| **STATE OF TENNESSEE, and TENNESSEE BUREAU OF INVESTIGATION,** ) ) ) ) | | |
| **Defendants.** ) | | |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Defendants Governor Bill Lee, Attorney General Jonathan Skrmetti, TBI Director David Rausch, and Commissioner Frank Strada ("State Officials"), hereby give notice of the existence of new binding authority that supports their pending Motion to Dismiss Plaintiffs' First Amended Complaint (Dkt. 66). On May 15, 2024, the Sixth Circuit released its opinion in *Does 1-9 v. Lee*,

No. 23-5248 (attached as Exhibit 1).  That opinion was unavailable to the parties before briefing on the State Officials' Motion was complete, but the Sixth Circuit has now resolved at least three issues that are directly related to arguments raised in briefing on the State Officials' Motion.

First, the Sixth Circuit held that a Governor's "take care" duty and authority to remove officials from their posts are "insufficient alone to confer standing" against the Governor in a suit challenging a state statute.  Slip Op. at 6-7.  This holding is directly relevant to the arguments advanced by Governor Lee and General Skrmetti in Parts I(A) and II(B) of their Memorandum supporting their Motion to Dismiss.  (*See* Dkt. 66-1, at 23-24, 32; *see also* Dkt. 88, at 2-5.)

Second, the Sixth Circuit reaffirmed that the reporting, registration, and publication requirements of the Tennessee Sexual Offender and Violent Sexual Offender Registration, Verification, and Tracking Act "pass constitutional muster."  Slip Op. at 11-12.  Because these requirements "'are not of a type that we have traditionally considered as a punishment,' . . . a registry kept by the state and disclosed publicly is constitutionally sound."  Slip Op. at 12 (quoting *Doe v. Bredesen*, 507 F.3d 998, 1005 (6th Cir. 2007)).  This holding is directly relevant to the arguments advanced by the State Officials in Part V of their Memorandum.  (*See* Dkt. 66-1, at 59-62.)

Third, the Sixth Circuit held that an injunction against Director Rausch was inappropriate when all of the functions assigned to Director Rausch and challenged by the plaintiffs "fall squarely within the legitimate regulatory scheme which Tennessee is constitutionally allowed to provide and maintain."  Slip Op. at 14-15.  Thus, either an injunction or declaratory judgment that sought to bind other nonparties would be "powerless."  Slip Op. at 16.  This holding is directly relevant to the arguments advanced by the State Officials in Part VI of their Memorandum.  (*See* Dkt. 66-1, at 62-63; *see also* Dkt. 88, at 13.)

Accordingly, the State Officials submit the Sixth Circuit's opinion in *Does 1-9 v. Lee*, No. 23-5248, as supplemental authority in support of their Motion to Dismiss Plaintiffs' First Amended Complaint.

Respectfully Submitted,

JONATHAN SKRMETTI
Attorney General and Reporter

*/s/ Cody N. Brandon*
CODY N. BRANDON (BPR# 037504)
Managing Attorney
Senior Assistant Attorney General

DAVID RUDOLPH (BPR# 13402)
Senior Assistant Attorney General

Law Enforcement &
Special Prosecutions Division
Office of the Tennessee
Attorney General & Reporter
PO Box 20207
Nashville, TN  37202
Off. (615) 532-7400
Fax (615) 532-4892
Cody.Brandon@ag.tn.gov
David.Rudolph@ag.tn.gov

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2024, a true and exact copy of the foregoing was served via the court's service system upon counsel as follows:

Stella Yarbrough (BPR No. 033637)
Jeff Preptit (BPR No. 038451)
Lucas Cameron-Vaughn (BPR No. 036284)
ACLU FOUNDATION OF TENNESSEE
P.O. Box 120160
Nashville, TN 37212
Phone: (615) 320-7142
SYarbrough@aclu-tn.rog
JPreptit@aclu-tn.org
Lucas@aclu-tn.org

Alex Agathocleous (NY Bar 4227062)
Alexis Alvarez (NY Bar 5854278)
Jon W. Davidson (CA Bar 89301)
Rachel Meeropol (NY Bar 4100954)
AMERICAN CIVIL LIBERTIES UNION
125 Broad St., New York, NY 10004
Phone: (929) 585-0061
AAgathocleous@aclu.org
AlexisA@aclus.org
JonDavidson@aclu.org
RMeeropol@aclu.org

Lynly S. Egyes (NY Bar 4838025)
Milo Inglehart (NY Bar 5817937)
TRANSGENDER LAW CENTER
594 Dean Street, Suite 11
Brooklyn, NY 11238
Phone: 510 587-9898 Ext. 353
Lynly@transgenderlawcenter.org
Milo@transgenderlawcenter.org

Dale Melchert (NY Bar 5366554)
TRANSGENDER LAW CENTER
P.O. Box 70976
Oakland, CA 94612
Phone: (510) 587-9696 Ext. 354
Dale@transgenderlawcenter.org
*Counsel for Plaintiffs*

Stephanie Berger
Ali Szemanski

Anna Bobrow  
U.S. Department of Justice  
150 M Street NE  
Washington, DC 20002  
*Counsel for the United States*

                                                 */s/ Cody N. Brandon*  
                                                 CODY N. BRANDON