# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 2:24-cv-2101-SHL-tmp |
| THE STATE OF TENNESSEE, et al., | ) |
| Defendants. | ) |

## ORDER DENYING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY

Before the Court are Defendants the State of Tennessee and the Tennessee Bureau of Investigation's Unopposed Motion for Extension of Time to File Reply, filed May 24, 2024. (ECF No. 43.) Defendants seek a nine-day extension to their June 5 deadline to file a reply in support of their Motion to Dismiss. (Id. at PageID 333–34.) Defendants do not cite any reason that an extension is required.

A Court may extend the deadline to file a response or reply upon a showing of good cause. Fed. R. Civ. P. 6(b)(1). Here, Defendants have not demonstrated any cause at all. As a result, the motion is **DENIED WITHOUT PREJDUICE**.

**IT IS SO ORDERED**, this 29th day of May, 2024.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE