# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:24-cv-2101-SHL-tmp |
| ) | |
| THE STATE OF TENNESSEE, et al., ) | |
| Defendants. ) | |

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY

Before the Court are Defendants the State of Tennessee and the Tennessee Bureau of Investigation's Unopposed Motion for Extension of Time to File Reply, filed May 30, 2024. (ECF No. 45.) Defendants seek a nine-day extension to their June 5 deadline to file a reply in support of their Motion to Dismiss. (Id. at PageID 339.)

In support of the motion, Defendants explain that an attorney on the case recently left the Attorney General's office, and lead counsel on the case has been managing a very busy schedule. (Id. at PageID 339–40.) Additionally, Defendants assert that the issues in this case are novel and complex, which has resulted in the need for more time to draft the reply. (Id. at PageID 340.)

For good cause shown, the motion is **GRANTED**. Defendants reply is now due **June 14, 2024.**

**IT IS SO ORDERED**, this 30th day of May, 2024.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE
