# EXHIBIT 1

# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 23, 2022

Ms. Anna Marks Baldwin
U.S. Department of Justice
Civil Rights Division, Appellate Section
P.O. Box 14403
Ben Franklin Station
Suite 3722
Washington, DC 20044-4403

Mr. Scott Stewart
Mississippi Attorney General's Office
550 High Street
P.O. Box 220
Suite 1100
Jackson, MS 39205

   No. 21-60772   USA v. State of Mississippi
                  USDC No. 3:16-CV-622

Dear Counsel,

   The court requests the parties to address at oral argument whether the United States can sue the State directly under ADA Title II and/or whether the Civil Rights of Institutionalized Persons Act, 42 U.S.C. § 1997a, allows the United States to enforce any rights, privileges, or immunities arguably secured or protected by Title II. *See United States v. Florida,* 938 F.3d 1221 (11th Cir. 2019); *United States v. Sec'y Fla. Agency for Health Care Admin.,* 21 F.4th 730 11th Cir. 2021)(en banc); *see also Alexander v. Sandoval,* 532 U.S. 275, 286, 121 S.Ct. 1511, 1519 (2001).

   The court also requests the parties to address whether a defendant can waive arguments that a cause of action does not exist.

Sincerely,

LYLE W. CAYCE, Clerk

*Kim M. Pollard*

By: _____
Kim M. Pollard, Deputy Clerk
504-310-7635