# Exhibit 1

# ADDENDA

# ADDENDUM A

## Examples Of Pre-2009 U.S. Settlement Agreements In Which The United States Invoked Its Authority To File A Civil Action to Enforce Title II of the ADA[1]

Settlement Agreement Between the United States of America and North Kingstown Police Dep't, North Kingstown, RI, second unnumbered paragraph (Dec. 12, 1996), available at https://www.ada.gov/kingsett.htm

Settlement Agreement Between the United States of America and Philadelphia Court of Common Pleas, PA, ¶ 3 (Oct. 23, 1997), available at https://www.ada.gov/philcour.htm

Settlement Agreement Between the United States of America and the Town of Kingstree, SC, ¶ 3 (Nov. 5, 1997), available at https://www.ada.gov/kingstre.htm

Settlement Agreement Between the United States of America and the Borough of Olyphant, PA, ¶ 2 (Apr. 1, 1998), available at https://www.ada.gov/olyphant.htm

Settlement Agreement Between the United States of America and the City of Fort Walton Beach, FL, ¶ 3 (Sept. 11, 2002), available at https://www.ada.gov/ftwalbch.htm

Settlement Agreement Between the United States of America and the City of Bryan, TX, ¶ 3 (Aug. 26, 2002), available at https://www.ada.gov/bryantx.htm

Settlement Agreement Between the United States of America and the City of Franklinton, LA, second unnumbered paragraph (Aug. 25, 2004), available at https://www.ada.gov/franklintonpolice.htm

---

[1] The copies of settlement agreements at these website links do not always include execution dates. The dates of agreements pre-dating 2006 may be found in the list of cases at https://www.ada.gov/enforce_archive.htm, and of agreements from 2006 to the present, at https://www.ada.gov/enforce_current.htm. See Addendum B for additional examples of agreements in which the United States has invoked its authority to file a civil action to enforce Title II.

Case 2:24-cv-02101-SHL-tmp   Document 53-1   Filed 06/26/24   Page 4 of 7   PageID 515
Case: 17-13595     Date Filed: 03/01/2018     Page: 49 of 52

- 2 -

Settlement Agreement Between the United States of America and Nevada State Welfare Division, ¶ 2 (Jan. 26, 2005), available at https://www.ada.gov/nvwelfare.htm

Settlement Agreement Between the United States of America and Consolidated City of Jacksonville, FL, ¶ 2 (Sept. 27, 2007), available at https://www.ada.gov/jacksonvillefla.htm

Settlement Agreement Between the United States of America and the District of Columbia, ¶ 4 (Dec. 10, 2008), available at https://www.ada.gov/dc_shelter.htm

# ADDENDUM B

## Examples Of U.S. Settlement Agreements Under Title II Of The ADA That Provide Individualized Equitable Or Monetary Relief To Complainants[1]

Settlement Agreement Between the United States of America and Hancock Cty., MS, ¶ 6 (Feb. 11, 1997), available at https://www.ada.gov/hancocks.htm

Settlement Agreement Between the United States of America and City of Jackson, MS, ¶ 3(a) and (c) (July 17, 2003), available at https://www.ada.gov/jackson.htm

Settlement Agreement Between the United States of America and Maryland Dep't of Juvenile Servs., ¶ 11 (Mar. 29, 2004), available at https://www.ada.gov/mdjs.htm

Settlement Agreement Between the United States of America and City of Franklinton, LA, ¶ 30 (Aug. 25, 2004), available at https://www.ada.gov/franklintonpolice.htm

Settlement Agreement Between the United States of America and City of Bogalusa, LA, ¶ 30 (Aug. 30, 2004), available at https://www.ada.gov/bogalusa911.htm

Settlement Agreement Between the United States of America and City of Minnetonka, MN, ¶ 8.1 (Aug. 6, 2006), available at https://www.ada.gov/minnetonka.htm

Settlement Agreement Between the United States of America and Colorado Peace Officers Standards & Training Bd., ¶¶ 16-18 (Mar. 19, 2008), available at https://www.ada.gov/coloradopost.htm

---

[1] The copies of settlement agreements at these website links do not always include execution dates. The dates of agreements pre-dating 2006 may be found in the list of cases at https://www.ada.gov/enforce_archive.htm, and of agreements from 2006 to the present, at https://www.ada.gov/enforce_current.htm.

Case 2:24-cv-02101-SHL-tmp   Document 53-1   Filed 06/26/24   Page 6 of 7   PageID 517
Case: 17-13595   Date Filed: 03/01/2018   Page: 51 of 52

- 2 -

Settlement Agreement Between the Elk Grove Vill. Police Dep't, Elk Grove, IL and the United States of America, ¶ 8(a) (Oct. 28, 2008), available at https://www.ada.gov/elk_grove.htm
Settlement Agreement Between the United States of America and Town of Gretna, VA, ¶¶ 8, 11, 15 (June 28, 2010), available at https://www.ada.gov/gretna.htm

Settlement Agreement Between the United States of America and Town of Rocky Hill, CT, ¶¶ N, O (May 1, 2012), available at https://www.ada.gov/rocky-hill.htm

Settlement Agreement Between the United States of America and University of Medicine & Dentistry of NJ, ¶¶ 21-22 (Mar. 8, 2013), available at https://www.ada.gov/umdnj_sa.htm

Settlement Agreement Among the United States of America; County of Arapahoe, CO; Arapahoe Cty. Sheriff J. Grayson Robinson; and Plaintiffs in *Lawrence, et al.* v. *City of Englewood, et al.*, ¶ 44 (Mar. 22, 2013), available at https://www.ada.gov/lawrence-arapahoe.htm

Settlement Agreement Among the United States of America; City of Englewood, CO; and Plaintiffs in *Lawrence, et al.* v. *City of Englewood, et al.*, ¶ 37 (Mar. 22, 2013), available at https://www.ada.gov/englewood.htm

Settlement Agreement Among the United States of America; [Redacted]; City of Harford, CT.; Connecticut Innovations, Inc.; AEG Management CT LLC; Northland Trumbull Block LLC; Northland Tower Block LLC; and the University of Connecticut, ¶ S (June 28, 2013), available at https://www.ada.gov/xl-center.htm

Settlement Agreement Between the United States of America and City of Henderson, NV, ¶ 46 (Aug. 5, 2013), available at https://www.ada.gov/henderson-nv-sa/henderson-nv-sa.htm

Settlement Agreement Between the United States of America and Delran Township School Dist., NJ, ¶ 33 (June 24, 2014), available at https://www.ada.gov/delran-sa.htm

Settlement Agreement Between the United States of America and Orange Cty. Clerk of Cts., FL, ¶¶ 18, 22 (July 17, 2014), available at https://www.ada.gov/occ.htm

Case 2:24-cv-02101-SHL-tmp   Document 53-1   Filed 06/26/24   Page 7 of 7   PageID 518
Case: 17-13595   Date Filed: 03/01/2018   Page: 52 of 52

- 3 -

Settlement Agreement Between the United States of America and the Louisiana Supreme Court, ¶¶ 21-23 (Aug. 15, 2014), available at https://www.ada.gov/louisiana-supreme-court_sa.htm
Settlement Agreement Between the United States of America and DeKalb Regional Crisis Center, ¶ 42 (Aug. 11, 2015), available at https://www.ada.gov/dekalb_crisis_ctr_sa.html

Settlement Agreement Between the United States of America and the Virgin Islands Bureau of Motor Vehicles, ¶¶ 9-10, 16 (Nov. 2, 2015), available at https://www.ada.gov/bmv_vi_sa.html

Settlement Agreement Between the United States of America and the School Dist. of City of Detroit, MI, ¶ 32 (Nov. 2, 2015), available at https://www.ada.gov/detroit_sa.html

Settlement Agreement between the United States of America and Elizabeth F. Arthur, in her Official Capacity as Arlington County Sheriff, VA, ¶ 58 (Nov. 16, 2016), available at https://www.ada.gov/arlington_co_sheriff_sa.html

Voluntary Resolution Agreement Between the United States of America and John Dempsey Hospital (Univ. of Conn.), ¶ 61 (Jan. 3, 2017), available at https://www.ada.gov/jdh_sa.html