# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> **Plaintiff,** <br><br> v. <br><br> **STATE OF TENNESSEE, and TENNESSEE BUREAU OF INVESTIGATION,** <br><br> **Defendants.** | **Case No. 2:24-cv-2101** <br><br> **CHIEF JUDGE LIPMAN** |

## JOINT MOTION FOR STIPULATED PROTECTIVE ORDER

Plaintiff United States and Defendants State of Tennessee and the Tennessee Bureau of Investigation (TBI) ("Parties") request the entry of a Stipulated Protective Order in this case. The Parties agree that certain categories of information in this case should be treated as confidential to limit this information's disclosure, dissemination, and use, and to protect alleged victims, other witnesses, and potential witnesses pursuant to Federal Rules of Civil Procedure 5.2(e) and 26(c). To facilitate discovery and appropriate use of such information, the Parties have agreed to a protective order in the form attached as Exhibit 1, which they will also send in Word format via email to the Court. Accordingly, Parties request that the Court grant this Motion and enter the attached Protective Order.

DATED: July 1, 2024

Respectfully submitted,

| *For Plaintiff United States of America:* | *For Defendants State of Tennessee and Tennessee Bureau of Investigation:* |
|---|---|
| REBECCA B. BOND<br>Chief | JONATHAN SKRMETTI<br>ATTORNEY GENERAL & REPORTER |
| */s/ Stephanie Berger*<br>KEVIN KIJEWSKI<br>Deputy Chief<br>STEPHANIE M. BERGER<br>NY Bar #5201439<br>ALI N. SZEMANSKI<br>PA Bar #327769<br>ANNA G. BOBROW<br>DC Bar #1743249<br>Trial Attorneys<br>Disability Rights Section<br>Civil Rights Division<br>U.S. Department of Justice<br>150 M Street NE<br>Washington, D.C. 20002<br>202-307-0663<br>Stephanie.Berger@usdoj.gov<br>Ali.Szemanski@usdoj.gov<br>Anna.Bobrow@usdoj.gov | */s/ Cody N. Brandon*<br>CODY N. BRANDON (BPR# 037504)<br>Managing Attorney<br>Assistant Attorney General<br>DAVID RUDOLPH (BPR# 13402)<br>Senior Assistant Attorney General<br>Office of the Tennessee<br>Attorney General and Reporter<br>P.O. Box 20207<br>Nashville, Tennessee 37202<br>Ph. (615) 532-7400<br>Fax (615) 532-4892<br>Cody.Brandon@ag.tn.gov<br>David.Rudolph@ag.tn.gov |

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing was filed and served via the Court's electronic filing system on this the 1st day of July 2024, upon:

Cody N. Brandon
Managing Attorney
Assistant Attorney General

David M. Rudolph
Senior Assistant Attorney General

Law Enforcement &
Special Prosecutions Division
Office of the Tennessee
Attorney General & Reporter
500 Charlotte Avenue
Nashville, TN 37202
Off. (615) 532-2552
Fax (615) 532-4892

Cody.Brandon@ag.tn.gov
David.Rudolph@ag.tn.gov
*Counsel for Defendants*

Alexis Agathocleous
Alexis Alvarez
Jon W. Davidson
Rachel Meeropol
AMERICAN CIVIL LIBERTIES UNION
125 Broad St., New York, NY 10004
Phone: (929) 585-0061
AAgathocleous@aclu.org
AlexisA@aclus.org
JonDavidson@aclu.org
RMeeropol@aclu.org

Stella Yarbrough
Jeff Preptit
Lucas Cameron-Vaughn
ACLU FOUNDATION OF TENNESSEE
P.O. Box 120160
Nashville, TN 37212
Phone: (615) 320-7142
SYarbrough@aclu-tn.org
JPreptit@aclu-tn.org
Lucas@aclu-tn.org

Lynly S. Egyes
Milo Inglehart
TRANSGENDER LAW CENTER
594 Dean Street, Suite 11
Brooklyn, NY 11238
Phone: 510 587-9898 Ext. 353
Lynly@transgenderlawcenter.org
Milo@transgenderlawcenter.org

Dale Melchert
TRANSGENDER LAW CENTER
P.O. Box 70976
Oakland, CA 94612
Phone: (510) 587-9696 Ext. 354
Dale@transgenderlawcenter.org
*Counsel for Plaintiffs OUTMemphis, Michelle Anderson, Jane Doe 2, Jane Doe 3, and Jane Doe 4*

 

*/s/ Stephanie Berger*
Stephanie Berger