## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | | |
|---|---|---|
| **OUTMEMPHIS; MICHELLE ANDERSON; JANE DOE 2; JANE DOE 3; and JANE DOE 4,** | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| **BILL LEE, in his official capacity as Governor of Tennessee; JONATHAN SKRMETTI, in his official capacity as Attorney General and Reporter of Tennessee; DAVID RAUSCH, in his official capcity as Director of the Tennessee Bereau of Investigation; and FRANK STRADA, in his offical capacity as Commissioner of the Tennessee Department of Correction,** | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |
| ------------------------------------------------- | ) | **Case Nos.   2:23-cv-2670** |
| **UNITED STATES OF AMERICA,** | ) ) | **2:24-cv-02101** |
| Plaintiff, | ) ) | **Chief Judge Lipman** |
| v. | ) ) ) | |
| **STATE OF TENNESSEE, and TENNESSEE BUREAU OF INVESTIGATION,** | ) ) ) ) | |
| Defendants. | ) | |

## MOTION FOR EXTENSION OF TIME TO FILE
## MOTION FOR LEAVE TO FILE REPLY

Defendants the State of Tennessee and the Tennessee Bureau of Investigation ("State Entities") hereby move under Fed. R. Civ. P. 6(b) and Local Rule 7.2(c) for a 14-day extension of time in which to file a motion for leave to file a reply in support of their Motion for Certification.

1

The current deadline for such motion for leave is July 3, 2024. For good cause, the State Entities request an extension of time up to and including July 17, 2024, to file their motion for leave to reply. Counsel for the United States opposes this request.

                                      Respectfully submitted,

                                      JONATHAN SKRMETTI
                                      Attorney General and Reporter

                                      */s/ Cody N. Brandon*
                                      CODY N. BRANDON (BPR# 037504)
                                      Managing Attorney
                                      Senior Assistant Attorney General
                                      Law Enforcement &
                                      Special Prosecutions Division
                                      Office of the Tennessee
                                      Attorney General & Reporter
                                      PO Box 20207
                                      Nashville, TN  37202
                                      Off. (615) 532-7400
                                      Fax (615) 532-4892
                                      Cody.Brandon@ag.tn.gov

**CERTIFICATE OF SERVICE**

  I hereby certify that a true and exact copy of the foregoing was filed and served via the Court's electronic filing system on this the 2nd day of July 2024, upon:

Stella Yarbrough (BPR No. 033637)
Jeff Preptit (BPR No. 038451)
Lucas Cameron-Vaughn (BPR No. 036284)
ACLU FOUNDATION OF TENNESSEE
P.O. Box 120160
Nashville, TN 37212
Phone: (615) 320-7142
SYarbrough@aclu-tn.rog
JPreptit@aclu-tn.org
Lucas@aclu-tn.org

Alex Agathocleous (NY Bar 4227062)
Alexis Alvarez (NY Bar 5854278)
Jon W. Davidson (CA Bar 89301)
Rachel Meeropol (NY Bar 4100954)
AMERICAN CIVIL LIBERTIES UNION
125 Broad St., New York, NY 10004
Phone: (929) 585-0061
AAgathocleous@aclu.org
AlexisA@aclus.org
JonDavidson@aclu.org
RMeeropol@aclu.org

Lynly S. Egyes (NY Bar 4838025)
Milo Inglehart (NY Bar 5817937)
TRANSGENDER LAW CENTER
594 Dean Street, Suite 11
Brooklyn, NY 11238
Phone: 510 587-9898 Ext. 353
Lynly@transgenderlawcenter.org
Milo@transgenderlawcenter.org

Dale Melchert (NY Bar 5366554)
TRANSGENDER LAW CENTER
P.O. Box 70976
Oakland, CA 94612
Phone: (510) 587-9696 Ext. 354
Dale@transgenderlawcenter.org
*Counsel for the private plaintiffs*

Stephanie Berger
Ali Szemanski
Anna Bobrow
U.S. Department of Justice
150 M Street NE
Washington, DC 20002
*Counsel for the United States*

        */s/ Cody N. Brandon*
        CODY N. BRANDON