# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| OUTMEMPHIS; MICHELLE ANDERSON; JANE DOE 2; JANE DOE 3; and JANE DOE 4,<br><br>    Plaintiffs,<br>v.<br><br>BILL LEE, in his official capacity as Governor of Tennessee; JONATHAN SKRMETTI, in his official capacity as Attorney General and Reporter of Tennessee; DAVID RAUSCH, in his official capcity as Director of the Tennessee Bereau of Investigation; and FRANK STRADA, in his offical capacity as Commissioner of the Tennessee Department of Correction,<br><br>    Defendants.<br>-------------------------------------------------------<br>UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>STATE OF TENNESSEE, and TENNESSEE BUREAU OF INVESTIGATION,<br><br>    Defendants. | Case Nos.    2:23-cv-2670<br>                      2:24-cv-02101<br><br>Chief Judge Lipman |

## UNOPPOSED MOTION FOR LEAVE TO FILE REPLY
## IN SUPPORT OF MOTION FOR CERTIFICATION

Defendants the State of Tennessee and the Tennessee Bureau of Investigation ("State Entities") hereby move under Local Rule 7.2(c) for leave to file a reply in support of their Motion for Certification. DOJ filed its response to the State Entities' Motion on June 26, 2023, making

1

this motion for leave due on July 3, 2024.  Local Rule 7.2(c).  This Court previously denied an extension of that deadline.  (Dkt. 57.)  Counsel for DOJ does not oppose this request for leave to reply.

The State Entities have attached a copy of their proposed Reply to this motion.  The Reply does not raise new issues; it responds to the arguments made by DOJ in its response.  The Reply is also well under 5 pages long when excluding the case style, signature block, and certificate of service.  Local Rule 7.2(e).  And it will aid the Court in resolving the issues presented by the Motion for Certification.

The Court should grant the State Entities leave to reply and direct the Clerk to file the attached Reply as the next entry on the docket.

                Respectfully submitted,

                JONATHAN SKRMETTI
                Attorney General and Reporter

                */s/ Cody N. Brandon*
                CODY N. BRANDON (BPR# 037504)
                Managing Attorney
                Senior Assistant Attorney General
                Law Enforcement &
                Special Prosecutions Division
                Office of the Tennessee
                Attorney General & Reporter
                PO Box 20207
                Nashville, TN  37202
                Off. (615) 532-7400
                Fax (615) 532-4892
                Cody.Brandon@ag.tn.gov

**CERTIFICATE OF SERVICE**

  I hereby certify that a true and exact copy of the foregoing was filed and served via the Court's electronic filing system on this the 3rd day of July 2024, upon:

Stella Yarbrough (BPR No. 033637)
Jeff Preptit (BPR No. 038451)
Lucas Cameron-Vaughn (BPR No. 036284)
ACLU FOUNDATION OF TENNESSEE
P.O. Box 120160
Nashville, TN 37212
Phone: (615) 320-7142
SYarbrough@aclu-tn.rog
JPreptit@aclu-tn.org
Lucas@aclu-tn.org

Alex Agathocleous (NY Bar 4227062)
Alexis Alvarez (NY Bar 5854278)
Jon W. Davidson (CA Bar 89301)
Rachel Meeropol (NY Bar 4100954)
AMERICAN CIVIL LIBERTIES UNION
125 Broad St., New York, NY 10004
Phone: (929) 585-0061
AAgathocleous@aclu.org
AlexisA@aclus.org
JonDavidson@aclu.org
RMeeropol@aclu.org

Lynly S. Egyes (NY Bar 4838025)
Milo Inglehart (NY Bar 5817937)
TRANSGENDER LAW CENTER
594 Dean Street, Suite 11
Brooklyn, NY 11238
Phone: 510 587-9898 Ext. 353
Lynly@transgenderlawcenter.org
Milo@transgenderlawcenter.org

Dale Melchert (NY Bar 5366554)
TRANSGENDER LAW CENTER
P.O. Box 70976
Oakland, CA 94612
Phone: (510) 587-9696 Ext. 354
Dale@transgenderlawcenter.org
*Counsel for the private plaintiffs*

3

Stephanie Berger
Ali Szemanski
Anna Bobrow
U.S. Department of Justice
150 M Street NE
Washington, DC 20002
*Counsel for the United States*

                    */s/ Cody N. Brandon*
                    CODY N. BRANDON