# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiffs, | ) |
| v. | ) No. 2:24-cv-02101-SHL-tmp |
| STATE OF TENNESSEE and TENNESSEE BUREAU OF INVESTIGATION, | ) |
| Defendants. | ) |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION FOR CERTIFICATION**

Before the Court is Defendants' Unopposed Motion for Leave to File Reply in Support of Motion for Certification.  (ECF No. 59.)  In support of the motion, Defendants assert that the reply will aid the Court in resolving the issues presented by the motion.  (Id. at PageID 582.)  Plaintiff does not oppose the request.  (Id.)

Given the lack of opposition, and for good cause shown, the Court **GRANTS** Defendants' Motion.  Defendants are directed to file their reply as a separate docket entry within three days of this Order.

**IT IS SO ORDERED**, this 8th day of July, 2024.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE