IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> **Plaintiff,** <br><br> v. <br><br> **STATE OF TENNESSEE, and TENNESSEE BUREAU OF INVESTIGATION,** <br><br> **Defendants.** | **Case No. 2:24-cv-2101** <br><br> **CHIEF JUDGE LIPMAN** |

## NON-DISCLOSURE AGREEMENT

I, _____, acknowledge that I have read, understand, and agree to be bound by the Stipulated Protective Order [insert docket number] in the above-captioned action. I will maintain the confidentiality of any Confidential Information and/or Discovery Materials designated as confidential and will not disclose any such Confidential Information or Discovery Materials except as permitted by the Stipulated Protective Order. I will also not use or cause to be used any Confidential Information for the commercial benefit of myself or any other person or entity, whether subject to this Stipulated Protective Order or not. I will return all Confidential Information to the person or entity from whom I received it upon notification by that person or entity that this matter has concluded.

By acknowledging these obligations of the Stipulated Protective Order, I understand that I am submitting myself to the jurisdiction of the United States District Court for the Western District of Tennessee for the purpose of any dispute or issue arising under the Stipulated Protective Order. I also understand that my willful violation of any part of the Stipulated Protective Order could subject me to punishment for contempt of Court.

Date: _____

_____
Signature

_____
Printed Name