## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | | |
|---|---|---|
| OUTMEMPHIS, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BILL LEE, in his official capacity as | ) | |
| Governor of Tennessee; JONATHAN | ) | |
| SKRMETTI, in his official capacity as | ) | |
| Attorney General and Reporter of | ) | |
| Tennessee; | ) | |
| | ) | |
| **Defendants.** | ) | |
| ----------------------------------------------- | ) | **Case Nos.**   **2:23-cv-2670** |
| UNITED STATES OF AMERICA, | ) | **2:24-cv-02101** |
| | ) | |
| **Plaintiff,** | ) | **Chief Judge Lipman** |
| | ) | |
| v. | ) | |
| | ) | |
| STATE OF TENNESSEE, and | ) | |
| TENNESSEE BUREAU OF | ) | |
| INVESTIGATION, | ) | |
| | ) | |
| **Defendants.** | ) | |

---

## DEFENDANT TENNESSEE BUREAU OF INVESTIGATION'S
## SUPPLEMENTAL MOTION TO DISMISS

---

Defendant Tennessee Bureau of Investigation hereby moves under Fed. R. Civ. P. 12(b)(1) and (h)(3) to dismiss the complaint in its entirety because the claim against it is moot. The only allegations in DOJ's complaint against the TBI relate exclusively to its maintenance of the SOR for those convicted of aggravated prostitution. But after a recent amendment to Tennessee law, those convicted of aggravated prostitution are no longer considered "sexual offenders" of any kind, their registration on the SOR is no longer required, and those currently registered can request to be removed. DOJ's claim is moot.

Mootness is jurisdictional and may be raised at any stage of the proceedings.  Independent from and in addition to the reasons articulated by TBI in its first motion to dismiss (Dkt. 28), mootness requires that TBI be dismissed as a defendant.

Respectfully submitted,

JONATHAN SKRMETTI
Attorney General and Reporter

*/s/ Cody N. Brandon*
CODY N. BRANDON (BPR# 037504)
Managing Attorney
Senior Assistant Attorney General

DAVID RUDOLPH (BPR# 13402)
Senior Assistant Attorney General

Law Enforcement &
Special Prosecutions Division
Office of the Tennessee
Attorney General & Reporter
PO Box 20207
Nashville, TN  37202
Off. (615) 532-7400
Fax (615) 532-4892
Cody.Brandon@ag.tn.gov
David.Rudolph@ag.tn.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2024, a true and exact copy of the foregoing was served via the court's electronic filing system upon counsel as follows:

Stella Yarbrough (BPR No. 033637)
Jeff Preptit (BPR No. 038451)
Lucas Cameron-Vaughn (BPR No. 036284)
ACLU FOUNDATION OF TENNESSEE
P.O. Box 120160
Nashville, TN 37212
Phone: (615) 320-7142
SYarbrough@aclu-tn.rog
JPreptit@aclu-tn.org
Lucas@aclu-tn.org

Alex Agathocleous (NY Bar 4227062)
Alexis Alvarez (NY Bar 5854278)
Jon W. Davidson (CA Bar 89301)
Rachel Meeropol (NY Bar 4100954)
AMERICAN CIVIL LIBERTIES UNION
125 Broad St., New York, NY 10004
Phone: (929) 585-0061
AAgathocleous@aclu.org
AlexisA@aclus.org
JonDavidson@aclu.org
RMeeropol@aclu.org

Lynly S. Egyes (NY Bar 4838025)
Milo Inglehart (NY Bar 5817937)
TRANSGENDER LAW CENTER
594 Dean Street, Suite 11
Brooklyn, NY 11238
Phone: 510 587-9898 Ext. 353
Lynly@transgenderlawcenter.org
Milo@transgenderlawcenter.org

Dale Melchert (NY Bar 5366554)
TRANSGENDER LAW CENTER
P.O. Box 70976
Oakland, CA 94612
Phone: (510) 587-9696 Ext. 354
Dale@transgenderlawcenter.org
*Counsel for the private plaintiffs*

Stephanie Berger
Ali Szemanski

Anna Bobrow
U.S. Department of Justice
150 M Street NE
Washington, DC 20002
*Counsel for the United States*

                                            */s/ Cody N. Brandon*
                                            CODY N. BRANDON