# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> STATE OF TENNESSEE and TENNESSEE ) <br> BUREAU OF INVESTIGATION, ) <br> Defendants. ) | No. 2:24-cv-02101-SHL-tmp |

## ORDER GRANTING DEFENDANT TENNESSEE BUREAU OF INVESTIGATION'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL MOTION TO DISMISS

Before the Court is Defendant Tennessee Bureau of Investigation's ("TBI") Motion for Leave to File Supplemental Motion to Dismiss. (ECF No. 68.) The TBI asserts that the July 1, 2024 amendments to the SOR statutes renders Plaintiff's claim against it moot and seeks to move to dismiss on this basis in a supplemental motion. (Id. at PageID 655.) The United States takes no position on the Motion for Leave to File, but intends to file an opposition to the supplemental motion. (Id. at PageID 656.)

For good cause shown, the Court **GRANTS** Defendant's Motion. Defendants are directed to file their Supplemental Motion to Dismiss as a separate docket entry within three days of this Order.

**IT IS SO ORDERED**, this 25th day of July, 2024.

s/ Sheryl H. Lipman  
SHERYL H. LIPMAN  
CHIEF UNITED STATES DISTRICT JUDGE