## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | Case No. 2:24-cv-2101 |
| v. | |
| | **CHIEF JUDGE LIPMAN** |
| **STATE OF TENNESSEE, and TENNESSEE BUREAU OF INVESTIGATION,** | **CHIEF MAGISTRATE JUDGE PHAM** |
| **Defendants** | |

### UNITED STATES' MOTION TO COMPEL THE STATE OF TENNESSEE TO PRODUCE DOCUMENTS

Plaintiff United States of America respectfully moves pursuant to Federal Rule of Civil Procedure 37 and Local Rule 7.2(a)(1) to compel Defendant State of Tennessee to produce documents in response to Plaintiff's First Set of Requests for Production of Documents, served on July 22, 2024. *See* ECF No. 67. Pursuant to Local Rule 7.2, counsel for the United States certifies that the parties have conferred regarding the substance of this motion by phone and e-mail between August 27 and 30, 2024, but the parties have not been able to reach agreement. The State opposes this motion.

Dated: September 13, 2024                REBECCA B. BOND
                                         Chief

                                         <u>/s/ Ali N. Szemanski</u>
                                         KEVIN KIJEWSKI
                                         Deputy Chief
                                         STEPHANIE M. BERGER
                                         NY Bar #5201439
                                         ALI N. SZEMANSKI
                                         PA Bar #327769
                                         ANNA G. BOBROW
                                         DC Bar #1743249
                                         Trial Attorneys
                                         Disability Rights Section
                                         Civil Rights Division
                                         U.S. Department of Justice
                                         150 M Street NE
                                         Washington, D.C. 20002
                                         202-307-0663
                                         Stephanie.Berger@usdoj.gov
                                         Ali.Szemanski@usdoj.gov
                                         Anna.Bobrow@usdoj.gov

                                         *Counsel for United States*

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing was filed and served via the Court's electronic filing system on this the 13th day of September 2024, upon:

Cody N. Brandon
Managing Attorney
Assistant Attorney General

David M. Rudolph
Senior Assistant Attorney General

Law Enforcement &
Special Prosecutions Division
Office of the Tennessee
Attorney General & Reporter
500 Charlotte Avenue
Nashville, TN 37202
Off. (615) 532-2552
Fax (615) 532-4892

Cody.Brandon@ag.tn.gov
David.Rudolph@ag.tn.gov
*Counsel for Defendants*

Alexis Agathocleous
Alexis Alvarez
Jon W. Davidson
Rachel Meeropol
AMERICAN CIVIL LIBERTIES UNION
125 Broad St., New York, NY 10004
Phone: (929) 585-0061
AAgathocleous@aclu.org
AlexisA@aclu.org
JonDavidson@aclu.org
RMeeropol@aclu.org

Stella Yarbrough
Jeff Preptit
Lucas Cameron-Vaughn
ACLU FOUNDATION OF TENNESSEE
P.O. Box 120160
Nashville, TN 37212
Phone: (615) 320-7142
SYarbrough@aclu-tn.org
JPreptit@aclu-tn.org
Lucas@aclu-tn.org

Lynly S. Egyes
Milo Inglehart
TRANSGENDER LAW CENTER
594 Dean Street, Suite 11
Brooklyn, NY 11238
Phone: 510 587-9898 Ext. 353
Lynly@transgenderlawcenter.org
Milo@transgenderlawcenter.org

Dale Melchert
TRANSGENDER LAW CENTER
P.O. Box 70976
Oakland, CA 94612
Phone: (510) 587-9696 Ext. 354
Dale@transgenderlawcenter.org
*Counsel for Plaintiff OUTMemphis*

                                        */s/ Ali N. Szemanski*
                                        Ali N. Szemanski