# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| OUTMEMPHIS,<br><br>Plaintiff,<br><br>v.<br><br>BILL LEE, in his official capacity as Governor of Tennessee, JONATHAN SKRMETTI, in his official capacity as Attorney General and Reporter of Tennessee;<br><br>Defendants. | Case Nos.  2:23-cv-2670<br>                    2:24-cv-2101<br><br>CHIEF JUDGE LIPMAN |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF TENNESSEE, and TENNESSEE BUREAU OF INVESTIGATION,<br><br>Defendants. | |

## NOTICE OF SERVICE OF PLAINTIFF UNITED STATES' SECOND SET OF REQUESTS FOR PRODUCTION AND FIRST SET OF INTERROGATORIES TO DEFENDANTS STATE OF TENNESSEE AND TENNESSEE BUREAU OF INVESTIGATION

Notice is hereby given that Plaintiff United States served Defendants State of Tennessee and Tennessee Bureau of Investigation with Plaintiff's Second Set of Requests for Production and First Set of Interrogatories on September 13, 2024.

Dated: September 16, 2024

Respectfully submitted,
REBECCA B. BOND
Chief

*/s/ Stephanie Berger*
KEVIN J. KIJEWSKI
Deputy Chief
STEPHANIE M. BERGER
NY Bar #5201439
ALI N. SZEMANSKI
PA Bar #327769
ANNA G. BOBROW
DC Bar #1743249
Trial Attorneys
Disability Rights Section
Civil Rights Division
U.S. Department of Justice
150 M Street NE
Washington, D.C. 20002
202-307-0663
Stephanie.Berger@usdoj.gov
Ali.Szemanski@usdoj.gov
Anna.Bobrow@usdoj.gov

*Counsel for Plaintiff United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing was filed and served via the Court's electronic filing system on this the 16th day of September 2024, upon:

Cody N. Brandon
Managing Attorney
Assistant Attorney General

David M. Rudolph
Senior Assistant Attorney General

Law Enforcement &
Special Prosecutions Division
Office of the Tennessee
Attorney General & Reporter
500 Charlotte Avenue
Nashville, TN 37202
Off. (615) 532-2552
Fax (615) 532-4892

Cody.Brandon@ag.tn.gov
David.Rudolph@ag.tn.gov
*Counsel for Defendants*

Alexis Agathocleous
Alexis Alvarez
Jon W. Davidson
Rachel Meeropol
AMERICAN CIVIL LIBERTIES UNION
125 Broad St., New York, NY 10004
Phone: (929) 585-0061
AAgathocleous@aclu.org
AlexisA@aclus.org
JonDavidson@aclu.org
RMeeropol@aclu.org

Stella Yarbrough
Jeff Preptit
Lucas Cameron-Vaughn
ACLU FOUNDATION OF TENNESSEE
P.O. Box 120160
Nashville, TN 37212
Phone: (615) 320-7142
SYarbrough@aclu-tn.org
JPreptit@aclu-tn.org
Lucas@aclu-tn.org

Lynly S. Egyes
Milo Inglehart
TRANSGENDER LAW CENTER
594 Dean Street, Suite 11
Brooklyn, NY 11238
Phone: 510 587-9898 Ext. 353
Lynly@transgenderlawcenter.org
Milo@transgenderlawcenter.org

Dale Melchert
TRANSGENDER LAW CENTER
P.O. Box 70976
Oakland, CA 94612
Phone: (510) 587-9696 Ext. 354
Dale@transgenderlawcenter.org
*Counsel for Plaintiffs OUTMemphis*

*/s/ Stephanie Berger*
Stephanie Berger