# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **OUTMEMPHIS,**<br><br>     Plaintiff,<br><br>v.<br><br>**BILL LEE, in his official capacity as Governor of Tennessee, and JONATHAN SKRMETTI, in his official capacity as Attorney General and Reporter of Tennessee,**<br><br>     **Defendants**<br><br>**UNITED STATES OF AMERICA,**<br><br>     Plaintiff,<br><br>v.<br><br>**STATE OF TENNESSEE, and TENNESSEE BUREAU OF INVESTIGATION,**<br><br>     **Defendants** | Case Nos. 2:23-cv-2670, 2:24-cv-2101<br><br>**CHIEF JUDGE LIPMAN** |

## UNITED STATES' UNOPPOSED MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION TO COMPEL

Plaintiff United States of America respectfully moves pursuant to Local Rule 7.2(c) for leave to file a reply in support of its Motion to Compel (ECF No. 73). Defendants filed their response in opposition to the Motion to Compel on September 27, 2024, making a motion for leave to file a reply due by October 4, 2024.

Plaintiff seeks to file a reply to respond to discrete legal arguments raised in the

1

Defendants' response to aid the Court in resolving the pending Motion to Compel. A copy of the proposed Reply is attached to this motion. The reply conforms with Local Rule 7.2(e), as it is five pages excluding case caption, signature block, and the certificate of service. Counsel for Defendants does not oppose this request for leave to reply.

Because good cause exists to grant leave for Plaintiff to file a reply, the Court should grant this motion and permit the attached reply to be filed as a separate docket entry.

Dated: October 2, 2024

REBECCA B. BOND
Chief

*/s/ Ali N. Szemanski*
KEVIN KIJEWSKI
Deputy Chief
STEPHANIE M. BERGER
NY Bar #5201439
ALI N. SZEMANSKI
PA Bar #327769
ANNA G. BOBROW
DC Bar #1743249
Trial Attorneys
Disability Rights Section
Civil Rights Division
U.S. Department of Justice
150 M Street NE
Washington, D.C. 20002
202-307-0663
Stephanie.Berger@usdoj.gov
Ali.Szemanski@usdoj.gov
Anna.Bobrow@usdoj.gov

*Counsel for United States*

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing was filed and served via the Court's electronic filing system on this the 2nd day of October 2024, upon:

Cody N. Brandon
Managing Attorney
Assistant Attorney General

David M. Rudolph
Senior Assistant Attorney General

Law Enforcement &
Special Prosecutions Division
Office of the Tennessee
Attorney General & Reporter
500 Charlotte Avenue
Nashville, TN 37202
Off. (615) 532-2552
Fax (615) 532-4892

Cody.Brandon@ag.tn.gov
David.Rudolph@ag.tn.gov
*Counsel for Defendants*

Alexis Agathocleous
Alexis Alvarez
Jon W. Davidson
Rachel Meeropol
AMERICAN CIVIL LIBERTIES UNION
125 Broad St., New York, NY 10004
Phone: (929) 585-0061
AAgathocleous@aclu.org
AlexisA@aclu.org
JonDavidson@aclu.org
RMeeropol@aclu.org

Stella Yarbrough
Lucas Cameron-Vaughn
ACLU FOUNDATION OF TENNESSEE
P.O. Box 120160
Nashville, TN 37212
Phone: (615) 320-7142
SYarbrough@aclu-tn.org
Lucas@aclu-tn.org

Lynly S. Egyes
Milo Inglehart
TRANSGENDER LAW CENTER
594 Dean Street, Suite 11
Brooklyn, NY 11238
Phone: 510 587-9898 Ext. 353
Lynly@transgenderlawcenter.org
Milo@transgenderlawcenter.org

Dale Melchert
TRANSGENDER LAW CENTER
P.O. Box 70976
Oakland, CA 94612
Phone: (510) 587-9696 Ext. 354
Dale@transgenderlawcenter.org
*Counsel for Plaintiff OUTMemphis*

                                            */s/ Ali N. Szemanski*
                                            Ali N. Szemanski