# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| OUTMEMPHIS, et al.,  <br>  Plaintiffs,  <br>  v.  <br>BILL LEE, in his official capacity as Governor of Tennessee, et al.,  <br>  Defendants. | No. 2:23-cv-2670-SHL-cgc |
| UNITED STATES OF AMERICA,  <br>  Plaintiff,  <br>  v.  <br>THE STATE OF TENNESSEE, et al.,  <br>  Defendants. | No. 2:24-cv-2101-SHL-tmp |

**ORDER GRANTING PLAINTIFF UNITED STATES' UNOPPOSED MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION TO COMPEL**

Before the Court is Plaintiff United States' Unopposed Motion for Leave to File Reply in Support of Motion to Compel, filed October 2, 2024. (23-cv-2670-SHL-cgc ("OutMemphis Case"), ECF No. 137; No. 24-cv-2101-SHL-tmp ("United States Case"), ECF No. 76.)

Plaintiff seeks leave to file a Reply to Defendants' Response in Opposition to the United States' Motion to Compel the State of Tennessee to Produce Documents, which was filed on September 27, 2024. (ECF Nos. 136; 75.) Plaintiff filed the Motion to Compel the State of Tennessee to Produce Documents on September 13, 2024. (ECF Nos. 132; 73.) Per Plaintiff, the Reply addresses "discrete legal arguments raised in the Defendants' response" and would help the Court resolve the pending Motion. (ECF Nos. 137 at PageID 1541–42; 76 at PageID 843–44.)

Local Rule 7.2(c) permits the filing of a reply memorandum in certain situations only upon court order granting a motion for leave to reply. Such motion must be filed within seven (7) days of service of the response. L.R. 7.2(c). Plaintiff consulted with Defendants on this issue and Defendants do not oppose the relief. (ECF No. 137 at PageID 1542; 76 at PageID 844.)

Given that Plaintiff's Motion was timely filed, Plaintiff's Reply could assist the Court, and Defendants do not oppose the Motion, the Court **GRANTS** Plaintiff's Motion. Plaintiff is **ORDERED** to file its Reply as a separate entry on the docket within **seven (7) days** of the entry of this Order.

**IT IS SO ORDERED**, this 4th day of October, 2024.

                                            s/ Sheryl H. Lipman  
                                            SHERYL H. LIPMAN  
                                            UNITED STATES DISTRICT JUDGE