IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 2:24-cv-2101-SHL-tmp |
| THE STATE OF TENNESSEE, et al., | ) |
| Defendants. | ) |

**JUDGMENT**

**JUDGMENT BY COURT**. This action having come before the Court on Plaintiff United States of America's Complaint (No. 2:24-cv-02101-SHL-tmp, ECF No. 1), filed February 15, 2024,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and Plaintiff's Notice of Voluntary Dismissal Pursuant to Rule 41(a)(1)(A)(i) (No. 2:24-cv-02101-SHL-tmp, ECF No. 95), filed December 6, 2024, all claims by Plaintiff against Defendants State of Tennessee and Tennessee Bureau of Investigation are hereby **DISMISSED WITHOUT PREJUDICE**.

APPROVED:

s/ SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

December 6, 2024
Date